IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE M. JOYCE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RADISSON HOTEL PHILADELPHIA | : | |
| NORTHEAST, *et al.* | : | NO. 10-cv-3176-JF |

ORDER

AND NOW, this 14th day of February 2011, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint in Part, and the responses thereto, IT IS ORDERED:

That the motion is GRANTED IN PART AND DENIED IN PART as follows:

1. Counts I, II, and III are DISMISSED WITH PREJUDICE as to defendants William McNamara and Jerry Skot ONLY.

2. Count IV is DISMISSED WITHOUT PREJUDICE as to all defendants. Plaintiff may file an amended complaint within 20 days of the date of this Order in accordance with the guidelines set forth in the accompanying Memorandum.

3. Count V is DISMISSED WITHOUT PREJUDICE as to defendant William McNamara ONLY. Plaintiff may file an amended complaint within 20 days of the date of this Order in accordance with the guidelines set forth in the accompanying Memorandum.

4. The motion is DENIED in all other respects.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.