# WEBER GALLAGHER
## SIMPSON STAPLETON
### FIRES & NEWBY LLP

May 31, 2011

**VIA FACSIMILE**
The Honorable Paul S. Diamond
United States District Court
U.S. Courthouse
Room 6613
601 Market Street
Philadelphia, PA 19106

Direct Dial: (267) 519-4982
Email: mkirschner@wglaw.com

RE: **Catherine M. Joyce v. Radisson Hotel Philadelphia Northeast, Haverford Hotel Partners, LP, et al.**
**Civil Action No. 10-03176**
**Our File Number: 0049143**

Dear Judge Diamond:

Kindly withdraw Defendants' Motion for Sanctions filed against Plaintiff on May 2, 2011. Thank you for your attention.

Very truly yours,

Meredith Kirschner
Tracy A. Walsh

MK/
cc: William O'Connor, Esquire

PHILADELPHIA • NORRISTOWN • CHERRY HILL • NEWARK • DOVER • WILMINGTON • HARRISBURG
PITTSBURGH • SCRANTON • NEW YORK • LONDON

2000 MARKET STREET • 13TH FLOOR • PHILADELPHIA, PA 19103
(215) 972-7900 • (215) 564-7699 (FAX) • WWW.WGLAW.COM