IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE M. JOYCE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RADISSON HOTEL PHILADELPHIA NORTHEAST | : | NO. 10-3176 |

N O T I C E

AND NOW, this 22nd day of June, 2011, please take note that the conference in the above-captioned case is RESCHEDULED to **August 10, 2011 at 9:30 a.m.**.

Counsel shall have full authority to negotiate an amicable settlement. If counsel does not have such authority, then persons with such authority must be present as well. Clients shall also attend this conference.

ATTEST: or BY THE COURT:

s/carol d. james
BY: _____ _____
 Carol D. James PAUL S. DIAMOND, J.
 Deputy Clerk