IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE M. JOYCE : CIVIL ACTION
:
vs. :
: NO. 10-3176
RADISSON HOTEL PHILADELPHIA
NORTHEAST, et al.

O R D E R

**AND NOW, TO WIT:** This 19th day of August, 2011, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** s/carol d. james
Carol D. James
Deputy Clerk

Civ 2 (8/2000)
41(b).frm