IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| CATHERINE M. JOYCE : | |
| Plaintiff : | |
| v. : | |
| : | Civil Action No. 10-3176 |
| : | |
| RADISSON HOTEL PHILA. N.E., ET AL. : | STIPULATION OF DISMISSAL WITH |
| : | PREJUDICE AS TO DEFENDANTS, |
| Defendants | WILLIAM MCNAMARA AND |
| : | JERRY SKOT |

It is herby stipulated and agreed by and among the undersigned that all claims against Defendants, William McNamara and Jerry Skot, are dismissed with prejudice and with all costs and attorneys' fees to be borne by the party incurring such costs and fees.

Date: 8/23/11       BY: _____
                         William M. Connor, Esquire
                         Christie Pabarue Mortensen & Young
                         1880 JFK Blvd.
                         Philadelphia, PA 19103
                         *Attorneys for Plaintiff*

                                      WEBER GALLAGHER SIMPSON
                                      STAPLETON FIRES & NEWBY, LLP

BY: *Tracy A. Walsh*
       Tracy A. Walsh, Esquire
       2000 Market Street, 13th Floor
       Philadelphia, PA  19103
       *Attorneys for Defendants*

Date: 8/19/11

AS APPROVED BY THE COURT:

_____
                                      J.