IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| CATHERINE M. JOYCE : | |
| Plaintiff : | |
| v. : | |
| : | Civil Action No. 10-3176 |
| : | |
| RADISSON HOTEL PHILA. N.E., ET AL. : | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO COUNT IV OF PLAINTIFF'S AMENDED COMPLAINT |
| Defendants : | |

It is herby stipulated and agreed by and among the undersigned that Count IV – Violation of ERISA/COBRA of Plaintiff's Amended Complaint is hereby dismissed with prejudice and with all costs and attorneys' fees to be borne by the party incurring such costs and fees.

Date: 8/23/11

BY: _____
William M. Connor, Esquire
Christie Pabarue Mortensen & Young
1880 JFK Blvd.
Philadelphia, PA 19103
*Attorneys for Plaintiff*

                                WEBER GALLAGHER SIMPSON
                                STAPLETON FIRES & NEWBY, LLP

BY:   /s/ Tracy A. Walsh
Tracy A. Walsh, Esquire
2000 Market Street, 13th Floor
Philadelphia, PA 19103
*Attorneys for Defendants*

Date: 8/19/11

AS APPROVED BY THE COURT:

_____
                                             J.